THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Civil File No: 5:06-CV-19-FL(2)

| | |
|---|---|
| **TRIANGLE RESIDENTIAL DESIGNS, INC.** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | |
| ) | |
| **HAYNES & WELCH, INC.; MICHAEL HAYNES;** ) | |
| **CARL WELCH; D & L DESIGN GROUP, INC.;** ) | |
| **LORI M. LOWERY; COLUMBUS REAL ESTATE,** ) | |
| **INC.; PAUL SMITH; SOUTHLAND REALTY, INC.;** ) | |
| **SWEYER AND ASSOCIATES, INC.; PLEASANT** ) | **NOTICE OF DISMISSAL** |
| **REALTY & ASSOCIATES, LLC; AMELIA** ) | **WITHOUT PREJUDICE** |
| **PLEASANT; BROWNING REALTY, INC.; ROBERT** ) | |
| **BROWNING; COLUMBUS REAL ESTATE CO.,** ) | |
| **L.L.C.; CLASSIC REAL ESTATE & MARKETING,** ) | |
| **LLC; ASHLEY TURNER ENTERPRISES, INC.;** ) | |
| **ASHLEY TURNER BUILDING CO., INC.; ASHLEY** ) | |
| **TURNER DEVELOPMENT, L.L.C.; and WILLIAM** ) | |
| **ASHLEY TURNER d/b/a ASHLEY TURNER** ) | |
| **BUILDERS** ) | |
| ) | |
| **Defendants.** ) | |

Plaintiff hereby voluntarily dismisses its claims against Defendants Columbus Real Estate, Inc. and Paul Smith, without prejudice.

Respectfully submitted, this the 24th day of January, 2006.

                **Coats & Bennett, P.L.L.C.**
                **Attorneys for Plaintiff**

By:   /s/ Anthony J. Biller
        David E. Bennett
        North Carolina State Bar No. 12,864
        Anthony J. Biller
        North Carolina State Bar No. 24,117
        Rebecca Crandall
        North Carolina State Bar No. 32,637
        1400 Crescent Green, Suite 300
        Cary, NC 27511
        Telephone No.: (919) 854-1844
        Facsimile No.: (919) 854-2084

## CERTIFICATE OF SERVICE

I hereby certify that on copy of the foregoing **NOTICE OF DISMISSAL WITHOUT PREJUDICE** is being forwarded this 24th day of January, 2006, by first class mail, postage prepared and addressed to:

>Haynes & Welch, Inc.
>c/o Carl W. Welch, Registered Agent
>8320 Falls of the Neuse Road, Suite 111
>Raleigh NC 27615
>
>Michael Haynes
>8513 Wood Lawn Drive
>Raleigh NC 27613
>
>Carl Welch
>1604 Hunting Ridge Road
>Raleigh NC 27615
>
>D&L Design Group, Inc.
>c/o Lori M. Lowery, Registered Agent
>3236 Benson Highway
>Garner NC 27529
>
>Lori M. Lowery
>105 Ashebury Drive
>Clayton NC 27520
>
>Columbus Real Estate, Inc.
>c/o Paul S. Smith, Registered Agent
>181 Cleveland Crossing Drive
>Garner NC 27529
>
>Southland Realty Inc.
>c/o Ron Lee, Registered Agent
>5160 NC Hwy 42 W
>Garner NC 27529
>
>Sweyer and Associates, Inc.
>c/o David L. Sweyer, Registered Agent
>1630 Military Cutoff, Suite 110
>Wilmington NC 28403
>
>Donalt J. Eglinton, Esq.
>Ward & Smith, P.A.
>1001 College Court
>P.O. Box 867
>New Bern, NC  28563-0867
>*Attorney for Pleasant Realty & Associates, LLC and Amelia Pleasant*

Browning Realty, Inc.
c/o Robert L. Browning, Registered Agent
1401 Paper Birch Court
Raleigh NC 27606

Robert Browning
1401 Paper Birch Court
Raleigh, NC 27606

Classic Real Estate & Marketing, LLC
c/o Deborah E. Johnson, Registered Agent
181 Cleveland Crossing Drive
Garner NC 27529

Allen R. Tew, Esq.
Allen R. Tew, P.A.
202 South Lombard Street
P.O. Box 145
Clayton, NC  27520
*Attorney for Ashley Turner Enterprises, Inc.; Ashley Turner Building Co., Inc.; Ashley Turner Development, L.L.C.; William Ashley Turner d/b/a Ashley Turner Builders, and Columbus Real Estate Co., L.L.C*

       /s/ Anthony J. Biller
       Anthony J. Biller