UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil File No: 5:06-CV-00019-F

| | |
|---|---|
| **TRIANGLE RESIDENTIAL DESIGNS, INC.** )<br>)<br>**Plaintiff,** )<br>)<br>)<br>v. )<br>)<br>**HAYNES & WELCH, INC.; MICHAEL** )<br>**HAYNES; CARL WELCH; D & L DESIGN** )<br>**GROUP, INC.; LORI M. LOWERY;** )<br>**COLUMBUS REAL ESTATE, INC.; PAUL** )<br>**SMITH; SOUTHLAND REALTY, INC.;** )<br>**SWEYER AND ASSOCIATES, INC.;** )<br>**PLEASANT REALTY & ASSOCIATES, LLC;** )<br>**AMELIA PLEASANT; BROWNING** )<br>**REALTY, INC.; ROBERT BROWNING;** )<br>**COLUMBUS REAL ESTATE CO., L.L.C.;** )<br>**CLASSIC REAL ESTATE & MARKETING,** )<br>**LLC; ASHLEY TURNER ENTERPRISES, INC.;** )<br>**ASHLEY TURNER BUILDING CO., INC.;** )<br>**ASHLEY TURNER DEVELOPMENT, L.L.C.;** )<br>and **WILLIAM ASHLEY TURNER d/b/a** )<br>**ASHLEY TURNER BUILDERS** )<br>)<br>**Defendants.** ) | **STIPULATION OF DISMISSAL** |

The parties hereby voluntarily dismiss this action, to include all claims and counterclaims, with prejudice, pursuant to Rule 41(a), all parties to bear their own costs and fees.

Respectfully submitted this the 10th day of October, 2006.

                                            **Coats & Bennett, P.L.L.C.**
                                            **Attorneys for Plaintiff**

      By:    /s/ Anthony J. Biller
                David E. Bennett (NC Bar No. 12,864)
                Anthony J. Biller (NC Bar No. 24,117)
                Rebecca Crandall (NC Bar No. 32,637)
                1400 Crescent Green, Suite 300
                Cary, North Carolina 27511
                Telephone No.: (919) 854-1844

**Olive & Olive, P.A.**
**Attorneys for Defendants Columbus Real Estate Co. LLC, Classic Real Estate & Marketing LLC, Ashley Turner Enterprises Inc., Ashley Turner Building Co. Inc., Ashley Turner Development LLC, and William Ashley Turner d/b/a Ashley Turner Builders**

By: /s/ Susan Freya Olive
    Susan Freya Olive
    NC Bar No. 7252
    Devon E. White
    NC Bar No. 28862
    Post Office Box 2049
    Durham, North Carolina 27702-2049
    Telephone No.: (919) 683-5514
    Facsimile No.: (919) 688-3781

**Shirley & Adams PLLC**
**Attorneys for Defendants Haynes & Welch Inc., Michael Haynes, Carl Welch, D&L Design Group, Inc., and Lori M. Lowery**

By: /s/ A. Graham Shirley
    A. Graham Shirley
    NC Bar No. 16052
    150 Fayetteville Street, Suite 520
    Raleigh, North Carolina 27601
    Telephone No.: (919) 899-6278
    Facsimile No.: (919) 899-6279

**Ward & Smith P.A.**
**Attorneys for Defendants Southland Realty Inc., Sweyer and Associates Inc., Pleasant Realty & Associates LLC, Amelia Pleasant, Browning Realty Inc., and Robert Browning**

By: /s/ Donalt J. Eglinton
    Donalt J. Eglinton
    NC Bar No. 010314
    Post Office Box 867
    New Bern, North Carolina 28563-0867
    Telephone No.: (252) 672-5456
    Facsimile No.: (252) 672-5477

2